# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HUARTE, SANDRA | | Reg #: | 97267-004 |
| Date of Birth: | 03/30/1964 | Sex: F   Race: WHITE | Facility: | COL |
| Encounter Date: | 01/24/2020 10:56 | Provider: Venuto, Gary MD | Unit: | F16 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Venuto, Gary MD

  **Chief Complaint:** Cough
  **Subjective:** 55 year old female inmate here for symptoms of productive cough, fever and body aches, she denies any allergies, will order chest XRAY, legionella antigen urine as well as titers, will order Levaquin 750 mg daily for 10 days.
  **Pain:** Not Applicable

**ROS:**
  **General**
    **Constitutional Symptoms**
       Yes: Fatigue, Fever
  **Pulmonary**
    **Respiratory System**
       Yes: Cough - Productive

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/24/2020 | 10:57 COX | 98.4 | 36.9 | | Venuto, Gary MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/24/2020 | 10:57 COX | 69 | | | Venuto, Gary MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/24/2020 | 10:57 COX | 16 | Venuto, Gary MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/24/2020 | 10:57 COX | 119/80 | | | | Venuto, Gary MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/24/2020 | 10:57 COX | 97 | Room Air | Venuto, Gary MD |

**Exam:**
  **General**
    **Affect**
       Yes: Cooperative
    **Appearance**
       Yes: Appears Well, Alert and Oriented x 3
  **Mouth**
    **Pharynx**

| Inmate Name: | HUARTE, SANDRA | | | Reg #: | 97267-004 |
|---|---|---|---|---|---|
| Date of Birth: | 03/30/1964 | Sex: F | Race: WHITE | Facility: | COL |
| Encounter Date: | 01/09/2020 14:35 | Provider: Franco, Karina MD | | Unit: | F16 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 01/09/2020 | 14:42 COX | 65 | | | Franco, Karina MD |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 01/09/2020 | 14:42 COX | 16 | Franco, Karina MD |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 01/09/2020 | 14:42 COX | 102/96 | | | | Franco, Karina MD |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 01/09/2020 | 14:42 COX | 96 | | Franco, Karina MD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 01/09/2020 | 14:42 COX | 198.0 | 89.8 | | Franco, Karina MD |

**Exam:**
- **General**
  - **Appearance**
    - Yes: Appears Well, Alert and Oriented x 3
- **Head**
  - **General**
    - Yes: Symmetry of Motor Function, Atraumatic/Normocephalic
- **Mouth**
  - **Pharynx**
    - Yes: Inflammation, Erythema
- **Neck**
  - **General**
    - Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline
- **Pulmonary**
  - **Auscultation**
    - Yes: Clear to Auscultation, Diminished Breath Sounds
    - No: Rhonchi, Wheezing
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    - No: M/R/G
- **Abdomen**
  - **Palpation**
    - Yes: Within Normal Limits, Soft
    - No: Guarding, Rigidity, Tenderness on Palpation
- **Neurologic**
  - **Cranial Nerves (CN)**
    - Yes: Within Normal Limits, CN 2-12 Intact Grossly
- **Mental Health**
  - **Grooming/Hygiene**

# Bureau of Prisons
## Health Services
### Inmate Report Only (formerly labeled ISDS)

**Reg #:** 97267-004   **Inmate Name:** HUARTE, SANDRA

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**TB Clearance:** Yes

Last PPD Date: 11/08/2019   Induration: 22mm
Last Chest X-Ray Date: 3/2020   Results: Negative
TB Treatment: Latent TB TX Refused   Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To:    Transfer Date: 07/30/2020

**Health Problems**

| Health Problem | Status |
|---|---|
| Presbyopia | Current |
| Other disorder of refraction and accommodation | Current |
| Low vision, both eyes, NOS | Current |
| Benign paroxysmal positional vertigo | Current |
| LTBI Prophy Refused PPD 22mm | Current |
| Dermatophytosis [tinea, ringworm] | Current |
| Migraine | Current |
| Acute upper respiratory infection, unspecified | Current |
| Allergic rhinitis | Current |
| Chronic periodontitis, generalized | Current |
| Gastro-esophageal reflux disease without esophagitis | Current |
| Dermatitis, unspecified | Current |
| Cervicalgia | Current |
| Sciatica, unspecified side | Current |
| Low back pain | Current |
| Pain, unspecified bilateral knees | Current |
| Encounter for gynecological exam (general) (routine) without abnormal findings | Current |

**Medications:** All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**carBAMazepine 200 MG Tab  Exp: 07/08/2020  SIG: Take three tablets (600 MG) by mouth each day for pain**
**Meloxicam 7.5 MG Tab  Exp: 07/08/2020  SIG: ***note increased dose*** Take one tablet (7.5 MG) by mouth twice daily with food "Chronic Care Verified" (objective findings)**

**OTCs:** Listing of all known OTCs this inmate is currently taking.
None

**Pending Appointments:**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/25/2020 | 00:00 | Pap Smear | Mid-Level Provider |
| 07/23/2020 | 00:00 | Chronic Care Visit | Physician |

**Non-Medecation Orders:**
No Data Found

**Active Alerts:**
No Data Found

**Consultations:**