| | |
|---|---|
| **From:** | COA/Public Information~ |
| **To:** | Sowmya Bharathi |
| **Subject:** | Request re: inmate Sandra HUARTE, Reg.3 97267-004, Coleman Low - Compassionate Release & Home Confinement |
| **Date:** | Thursday, July 16, 2020 3:55:25 PM |
| **Attachments:** | COAPublic Information~.vcf |

Your concerns are noted.

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex
846 NE 54th Terrace
Coleman, FL 33521

The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately.

>>> Sowmya Bharathi <Sowmya_Bharathi@fd.org> 7/16/2020 3:25 PM >>>

Good morning,

I'm an assistant federal public defender, and I am writing on behalf of inmate **Ms. Sandra Huarte, Reg. #97267-004,** to both renew her request for compassionate release and ask that she be promptly released from custody to serve the remainder of her term on home confinement. Ms. Huarte is highly supervisable and poses a low risk of reoffending. Additionally, her grave medical problems (currently COVID-19 positive and obese) places her at a high risk of dying from COVID-19. Moreover, Ms. Huarte has a sound release plan. She will release to live with her husband in a safe environment – drug and crime-free – and with the support of her adult children.

Compassionate Release:

- On May 30, 2020, Ms. Huarte was informed by FCI Coleman Low that she was approved for Home Confinement. She completed paperwork for her release plan. Unfortunately, she was never released.
- A few days ago, around July 14, her family was informed that <u>she has tested positive</u> for COVID-19.

Mr. Huarte is obese, which places her at high risk of death or severe complications from her contraction of COVID-19. Her serious medical condition substantially diminishes her ability to provide self-care within the environment of a correctional facility, where she cannot effectively social distance. Upon release, she will with her husband, Eduardo Huarte, at 13521 SW 101 Lane, Miami, FL 33186, (tel.) 305-972-1015. This is a 2 bedroom, 2 bathroom home, where she could safely quarantine in her own room. She is not a danger to the community as she is a low risk offender, has not committed any acts of violence, and has no serious disciplinary history in BOP.

Home Confinement:

I believe that Ms. Huarte should receive priority treatment for release to home confinement under Attorney General Barr's memorandum:
   Her age and medical conditions make her more vulnerable to COVID-19
   She is housed in minimum security
   Her PATTERN score should be minimum
   She has a verifiable reentry plan to live in a safe, drug-free, and supportive environment
   Her non-violent fraud offense and lack of prior criminal history reflect that he poses virtually no danger to the community

In light of these issues, release to home confinement or a grant of compassionate release would be appropriate, and I am asking you to take whatever steps you can to expeditiously transfer Ms. Huarte out of custody.

Please acknowledge receipt of this request, and please do not hesitate to reach out to me with any questions you may have.

Sincerely,
Sowmya

Ms. Sowmya Bharathi
Supervisory Assistant Federal Public Defender
150 W. Flagler St., Ste. 1700
Miami, FL 33138
305-533-4188 | (eFax) 305-675-8339
Sowmya_Bharathi@fd.org
https://fpdsouthflorida.org