Plan is for inmate: HUARTE, SANDRA   97267-004

| | | | | |
|---|---|---|---|---|
| Facility: | COM COLEMAN MED FCI | | Proj. Rel. Date: | 09-14-2030 |
| Name: | HUARTE, SANDRA | | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 97267-004 | | DNA Status: | MIM06553 / 09-07-2011 |
| Age: | 54 | | | |
| Date of Birth: | 03-30-1964 | | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COM | C MED ORD | CAMP MED ADMIN BLDG ORDERLY | 10-11-2018 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COM | ESL HAS | ENGLISH PROFICIENT | 07-30-2014 |
| COM | GED EARNED | GED EARNED IN BOP | 08-15-2014 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COM SCP | C | CAMP PARENTING 2 | 01-08-2018 | 03-30-2018 |
| COM SCP | C | HEALTH/NUTRITION CLASS | 01-08-2018 | 03-30-2018 |
| COM SCP | C | HEALTH/NUTRITION CLASS | 01-16-2018 | 04-03-2018 |
| COM SCP | C | WOMENWHOLOVETOOMUCH | 01-09-2018 | 03-27-2018 |
| COM SCP | C | CAMP CHANGE PLAN #6 | 07-10-2017 | 08-07-2017 |
| COM SCP | C | CAMP RELAPSE PREVENTION #1 | 05-22-2017 | 06-26-2017 |
| COM SCP | C | CAMP MANAGING MY LIFE #3 | 05-01-2017 | 05-15-2017 |
| COM SCP | C | CAMP RESPONSIBLE THINKING #6 | 04-10-2017 | 04-24-2017 |
| COM SCP | C | CAMP PERSONAL GROWTH #6 | 01-30-2017 | 04-03-2017 |
| COM SCP | C | CAMP MANAGING MY LIFE #3 | 04-10-2017 | 05-15-2017 |
| COM SCP | C | CAMP RESPONSIBLE THINKING #6 | 03-13-2017 | 04-03-2017 |
| COM SCP | C | CAMP PERSONAL GROWTH #5 | 01-30-2017 | 03-06-2017 |
| COM SCP | C | WOMEN'S RELATIONSHIPS | 01-23-2017 | 03-06-2017 |
| COM SCP | C | CAMP SPANISH VOICES | 08-25-2016 | 01-25-2017 |
| COM SCP | C | CAMP PARENTING 2 | 10-17-2016 | 01-03-2017 |
| COM SCP | C | ALT TO VIOLENCE BASIC/UNT PROG | 10-14-2016 | 10-16-2016 |
| COM SCP | C | ART/PAINTING | 07-30-2016 | 10-09-2016 |
| COM SCP | C | SEWING CLASS | 07-30-2016 | 10-09-2016 |
| COM SCP | C | PHOTOGRAPHY CLASS | 07-30-2016 | 10-09-2016 |
| COM SCP | C | RPP VIDEO #123456 | 09-14-2016 | 09-14-2016 |
| TAL F | C | CONTINUING ED TUTORS/INSTRUCTR | 05-23-2016 | 05-23-2016 |
| TAL F | C | BUS EDVT ADVANCED COMPUTER | 09-03-2015 | 05-10-2016 |
| TAL F | C | WOMEN'S HEALTH | 12-29-2015 | 02-03-2016 |
| TAL F | C | LIFE IN BALANCE | 11-17-2015 | 12-29-2015 |
| TAL F | C | BEGINNING CARDMAKING CLASS | 10-07-2015 | 11-11-2015 |
| TAL F | C | RPP#6 SELF DISCOVERY | 10-07-2015 | 10-14-2015 |
| TAL F | C | ADJUSTING TO PRISON | 09-30-2015 | 10-07-2015 |
| TAL F | C | WOMAN'S HEALTH | 07-27-2015 | 09-19-2015 |
| TAL F | C | CONTINUING ED TUTORS/INSTRUCTR | 09-11-2015 | 09-11-2015 |
| TAL F | C | BUS EDVT OFFICE/TYP/ENG/MAT AM | 01-22-2015 | 09-02-2015 |
| TAL F | C | BEGINNING CARDMAKING CLASS | 02-02-2015 | 03-09-2015 |
| TAL F | C | DIALYSIS TECH PART 2 | 01-05-2015 | 02-28-2015 |
| TAL F | C | DIALYSIS TECH PART 1 | 10-02-2014 | 10-02-2014 |
| TAL F | C | PERSONAL DEVELOPMENT 14 HOURS | 10-02-2014 | 12-05-2014 |
| TAL F | C | EMPLOYMENT SKILLS | 10-02-2014 | 12-04-2014 |
| TAL F | C | ACE MICROSOFT POWERPOINT | 07-07-2014 | 08-29-2014 |
| TAL F | C | ACE MICROSOFT WORD | 07-07-2014 | 08-29-2014 |

| | | | | |
|---|---|---|---|---|
| TAL F | C | SPANISH GED 7:30-9:00 AM | 12-13-2013 | 08-15-2014 |
| TAL F | C | ENGLISH 2ND LANG 7:30 - 9:00AM | 01-21-2014 | 07-31-2014 |
| TAL F | C | RPP#6 RELATIONSHIP ISSUES | 06-10-2014 | 06-24-2014 |
| TAL F | C | RPP#6 THINKING FOR A CHANGE | 05-04-2014 | 06-19-2014 |
| TAL F | W | SPANISH GED 9:00-10:30AM | 12-13-2013 | 06-05-2014 |
| TAL F | C | GEOMETRY | 01-06-2014 | 03-14-2014 |
| TAL F | C | ALGEBRA, FUNCTIONS, AND | 01-06-2014 | 03-14-2014 |
| TAL F | C | NUMBER SENSE AND OPERATIONS | 01-06-2014 | 03-13-2014 |
| TAL F | C | MEASUREMENT AND DATA ANALYSIS | 01-06-2014 | 03-14-2014 |
| TAL F | C | MANAGING EMOTIONS | 12-17-2013 | 01-09-2014 |
| TAL F | W | SPEC LEARNING NEEDS 9-10:30 AM | 08-20-2013 | 12-13-2013 |
| TAL F | C | ACE ENGLISH PRACTICE 1 | 09-16-2013 | 11-16-2013 |
| TAL F | C | ACE CONVERSATIONAL ENGLISH | 09-16-2013 | 11-16-2013 |
| TAL F | C | RPP#6 MANAGING ANGRY FEELINGS | 09-10-2013 | 10-10-2013 |
| TAL F | C | RPP#6 COPING SKILLS | 07-02-2013 | 09-13-2013 |
| TAL F | C | RPP #6 DEVELOPING INSIGHT | 08-05-2013 | 09-13-2013 |
| TAL F | C | MAVIS BEACON TYPING CLASS | 07-01-2013 | 08-30-2013 |
| TAL F | C | ACE CONVERSATIONAL ENGLISH | 07-01-2013 | 08-30-2013 |
| TAL F | C | DRAWING 1, SUN.1-3PM | 06-29-2013 | 08-31-2013 |
| TAL F | C | RPP#6 MANAGING STRESS | 08-05-2013 | 08-05-2013 |
| TAL F | C | AIDS AWARE RPP#1 | 06-04-2013 | 06-04-2013 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-09-2011 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-30-2013 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 09-09-2011 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-27-2011 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-27-2011 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 06-20-2013 |

## FRP Details

Most Recent Payment Plan

FRP Assignment: **COMPLT**    FINANC RESP-COMPLETED    Start: 10-07-2015
Inmate Decision: **AGREED**    $45.00    Frequency: **MONTHLY**

Payments past 6 months: $0.00    Obligation Balance: $0.00

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $1,200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## Payment Details

Trust Fund Deposits - Past 6 months: $0.00    Payments commensurate ? N/A

New Payment Plan: ** No data **

## Progress since last review

Inmate did not enroll in any programs during this review period. She did not obtain her identification documents.

Plan is for inmate: HUARTE, SANDRA 97267-004

### Next Program Review Goals

Recommend inmate enroll in Foundation and save at least $100.00 in her pre-release savings account.

### Long Term Goals

Recommend inmate obtain her social security card, birth certificate, and photo id by release date.

### RRC/HC Placement

### Comments

** No notes entered **